Joseph Brosh, Appellee, v. Paul Harrison, Appellant.
Term No. 46M5.

opinion filed October 4, 1946; released for publication November 12, 1946. Frank T. Plattner, for appellant; Ben M. Creamer, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.

Minnie Schneff, Appellant, v. Henry Mirring, Appellee.
Term No. 46M14.

opinion filed October 4, 1946; released for publication November 12, 1946. Harold J. Bandy, for appellant; Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by JUSTICE BARTLEY. Not to be published in full.